ACCEPTED
15-25-00109-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 1:18 PM
CHRISTOPHER A. PRINE
CLERK



FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

7/23/2025 1:18:54 PM

CHRISTOPHER A. PRINE
Clerk

Dale Wainwright, Co-Chair
National Appeals & Legal Issues
Tel 512.320.7226
Fax 512.320.7210
wainwrightd@gtlaw.com

July 23, 2025

Christopher A. Prine                              ***Via Electronic Filing***
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:   Cause No. 15-25-00109-CV, *Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP v. Safelease Insurance Services, LLC*

Dear Mr. Prine:

In a July 15, 2025 letter, Relators informed the Court that Relators intended to file by July 25, 2025 a reply supporting their Petition for Writ of Mandamus and addressing Real Party in Interest's response filed on July 11. This letter is an update.

On July 18, the trial court issued a 36-page memorandum opinion explaining the May 28 order addressing discovery of Relators' commercially sensitive customer list—a trade secret—at issue in this original proceeding. Real Party in Interest filed a letter containing substantive argument about that opinion. Relators also filed yesterday their Supplement to Appellants' Brief addressing jurisdiction in its pending interlocutory appeal.

**Greenberg Traurig, LLP | Attorneys at Law**

300 West 6th Street | Suite 2050 | Austin, TX 78701 | T +1 512.320.7200 | F +1 512.320.7210

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City.
Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¨Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; ᴾGreenberg Traurig Santa Maria; ᴼᴼGreenberg Traurig LLP Foreign Legal Consultant Office; ᴬA branch of Greenberg Traurig, P.A., Florida, USA; ᴿGT Tokyo Horitsu Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

Based on these developments in this case and new obligations in other cases, Relators request the Court's indulgence to allow three additional business days to file their reply by July 30, 2025.

Please advise if the Court desires the filing sooner.

Best Regards,

*Dale Wainwright*

Dale Wainwright
*Counsel for Relators*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on counsel of record by using the Court's e-filing system on July 23, 2025, addressed as follows:

STONE HILTON PLLC
Judd E. Stone II
judd@stonehilton.com
Christopher D. Hilton
chris@stonehilton.com
600 Congress Ave.,
Austin, Texas 78701
T: (737) 465-7248

YETTER COLEMAN LLP
R. Paul Yetter
pyetter@yettercoleman.com
Susanna R. Allen
sallen@yettercoleman.com
Luke A. Schamel
lschamel@yettercoleman.com
Shannon N. Smith
ssmith@yettercoleman.com
811 Main Street, Suite 4100
Houston, Texas 77002
T: (713) 632-8000

LOCKELAW PLLC
Adam Locke
adam@lockelaw.com
2617 Bissonnet, Suite 503
Houston, Texas 77005
T: (713) 832-0242

*COUNSEL FOR REAL PARTIES IN INTEREST*

       I also certify that a copy of the foregoing document will be served by email on Respondent on July 23, 2025, addressed as follows:

Honorable Melissa Andrews
Third Division of the Texas Business Court
Herman Marion Sweatt Courthouse
Courtroom 421
1000 Guadalupe St.
Austin, Texas 78701
BCDivision3A@txcourts.gov

/s/ Dale Wainwright
Dale Wainwright

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 103490771
Filing Code Description: Letter
Filing Description:
Status as of 7/23/2025 1:28 PM CST

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 7/23/2025 1:18:54 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 7/23/2025 1:18:54 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Delonda Dean | | ddean@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |
| Adam Locke | 24083184 | adam@lockelaw.com | 7/23/2025 1:18:54 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |
| Julia Risley | 24132932 | jrisley@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 7/23/2025 1:18:54 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 7/23/2025 1:18:54 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 7/23/2025 1:18:54 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 7/23/2025 1:18:54 PM | SENT |